Joseph S. Kistler, Esq. (3458)
Cynthia G. Milanowski, Esq. (5652)
Michael S. Kelley, Esq. (10101)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
jkistler@hutchlegal.com
cmilanowski@hutchlegal.com
mkelley@hutchlegal.com
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff, National Credit Union
Administration Board, in its Capacity as Liquidating
Agent of Ensign Federal Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION,<br><br>    Plaintiff,<br><br>v.<br><br>MARK B. MOODY, an individual; DAVID L. OSBURN, an individual DOES I-X, and ROE CORPORATIONS I-X,<br><br>    Defendants. | Case No: 2:11-cv-00769<br><br>**PARTIAL JUDGMENT** |

This matter came before the Court on Plaintiff National Credit Union Administration Board's, in its Capacity as Liquidating Agent of Ensign Federal Credit Union ("Plaintiff" or the "Liquidating Agent") Motion for Summary Judgment Re Defendant Osburn (Doc. # 15, hereinafter the "Motion"). The Motion was granted on March 29, 2012 (Doc. # 29).

Pursuant to the Findings of Fact and Conclusions of Law entered herein, IT IS HEREBY ORDER, ADJUDGED, AND DECREED that JUDGMENT be entered against defendant David L. Osburn as follows:

In the amount of $255,000 (the principal amount due under the Promissory Note as of August 22, 2011);

Accrued interest and late fees due as of August 22, 2011 in the amount of $98,528.27;

1  Additional interest accruing at the rate of $72.60 per day subsequent to August 22,
2  2011, until the outstanding balance is paid in full;
3  Attorney's fees as of August 22, 2011 in the amount of $11,005.00; and
4  Costs as of August 22, 2011 in the amount of $471.54.
5  Dated this ___ day of ___ Nov ___, 2012.

_____
JUDGE LLOYD D. GEORGE
United States District Judge

Respectfully submitted this ___ day of April, 2012 by:

HUTCHISON & STEFFEN, LLC

_____
Joseph S. Kistler (3458)
Cynthia G. Milanowki (5652)
Michael S. Kelley (10101)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*

- 2 -