Joseph S. Kistler, Esq. (3458)
Cynthia G. Milanowski, Esq. (5652)
Michael S. Kelley, Esq. (10101)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
jkistler@hutchlegal.com
cmilanowski@hutchlegal.com
mkelley@hutchlegal.com
Tel:  (702) 385-2500
Fax:  (702) 385-2086

*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>MARK B. MOODY, an individual; DAVID L. OSBURN, an individual DOES I-X, and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No: 2:11-cv-00769<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff National Credit Union Administration Board's, in its Capacity as Liquidating Agent of Ensign Federal Credit Union's ("Plaintiff" or the "Liquidating Agent") Renewed Motion for Default Judgment Re Defendant Mark Moody ("Moody") filed April 16, 2012 (Doc. # 34, hereinafter the "Motion"). The Court having considered the papers submitted in support of the Motion; other relevant pleadings and papers; and no opposition having been filed, granted the Motion on November 29, 2012 (Doc. # 37).

/ / /

/ / /

/ / /

1  Pursuant to the Findings of Fact and Conclusions of Law entered herein, IT IS
2  HEREBY ORDER, ADJUDGED, AND DECREED that JUDGMENT be entered against
3  defendant Mark B. Moody as follows:
4  In the amount of $255,000 (the principal amount due under the Promissory Note as of
5  April 16, 2012);
6  Accrued interest on the outstanding principal amount as of April 16, 2012 in the amount
7  of is $111,748.44;
8  Additional interest accruing at the rate of $72.60 per day since April 16, 2012, until the
9  outstanding balance is paid in full;
10 Late fees in the amount of $4,470.48 as of April 16, 2012; and
11 Attorney's fees in the amount of $27,397.50.
12 Dated this ___ day of _____, 2012.

JUDGE LLOYD D. GEORGE
United States District Judge

Respectfully submitted this 5th day of December, 2012 by:

HUTCHISON & STEFFEN, LLC

Joseph S. Kistler (3458)
Cynthia G. Milanowski (5652)
Michael S. Kelley (10101)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*